MICHAEL B. BIGELOW
Attorney at Law
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Siew Yoke Ng

FILED

SEP 16 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. Cr.S-07-025 EJG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ~~(PROPOSED)~~ ORDER VACATING TRIAL CONFIRMATION HEARING AND JURY TRIAL AND CONTINUING FOR CHANGE OF PLEA AND EXCLUSION OF TIME |
| vs. | ) | |
| SIEW YOKE NG | ) | |
| Defendant | ) | Date: October 24, 2008<br>Time: 10:00 AM<br>Court: EJG |

It is hereby stipulate between the parties, by and through their respective counsel as follows to vacate the existing trial confirmation hearing, presently scheduled for September 19, 2008 and the jury trial, presently scheduled for October 6, 2008, and to continue the matter to October 24, 2008 at 10:00 AM for change of plea.

The parties have reached an agreement in this matter and undersigned counsel for defendant has just received the new plea agreement. Because Ms. Ng is in Nevada City, and because she must be assisted by and Chinese speaking interpreter, and

-1-

because of scheduling difficulties the parties agree that rescheduling to accommodated the defendants thorough review of the agreement is appropriate.

It is further agreed that the period from the time of the filing of this stipulation until October 24, 2008, should be excluded under the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time for effective representation.

Accordingly, the parties respectfully request this Court to adopt this proposed stipulation.

**IT IS SO STIPULATED**

/S/MICHAEL B. BIGELOW, Esq.,            September 16, 2008
Michael b. Bigelow
Attorney for Siew Yoke Ng


/S/ROBERT M. TWISS, Esq.,               September 16, 2008
Robert M. Twiss, Esq.,
Assistant United States Attorney

**ORDER**

**GOOD CAUSE APPEARING** and upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the trial confirmation hearing, presently scheduled for September 19, 2008 and the jury trial, presently scheduled for October 6, 2008 be vacated.

**It IS FURTHER ORDERED** that this matter be continued for change of plea on October 24, 2008 at 10:00 AM.

The Court finds time excluded in this matter from September 19, 2008, through October 24, 2008, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time for effective representation.

**IT IS SO ORDERED**

_____          September 16, 2008
Hon. EDWARD J. GARCIA, JR.
Senior U.S. District Court Judge

-3-