1  **MICHAEL B. BIGELOW**
   **Attorney at Law**
2  State Bar No. 65211
   428 J Street, Suite 350
3  Sacramento, CA 95814
   Telephone: (916) 443-0217
4
   Attorney for Defendant
5  Siew Yoke Ng

**FILED**

SEP 16 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6            IN THE UNITED STATES DISTRICT COURT

7        IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        ) Case No. Cr.S-07-025 EJG
                                    )
10         Plaintiff,                ) STIPULATION AND (PROPOSED)
                                    ) ORDER VACATING TRIAL
11     vs.                           ) CONFIRMATION HEARING AND JURY
                                    ) TRIAL AND CONTINUING FOR CHANGE
12                                  ) OF PLEA AND EXCLUSION OF TIME
   SIEW YOKE NG                     )
13                                  ) Date:  October 24, 2008
           Defendant                ) Time:  10:00 AM
14                                  ) Court: EJG
   _____

15
       It is hereby stipulate between the parties, by and through
16
   their respective counsel as follows to vacate the existing trial
17
   confirmation hearing, presently scheduled for September 19, 2008
18
   and the jury trial, presently scheduled for October 6, 2008, and
19
   to continue the matter to October 24, 2008 at 10:00 AM for
20
   change of plea.
21
       The parties have reached an agreement in this matter and
22
   undersigned counsel for defendant has just received the new plea
23
   agreement. Because Ms. Ng is in Nevada City, and because she
24
   must be assisted by and Chinese speaking interpreter, and
25

-1-

1  because of scheduling difficulties the parties agree that
2  rescheduling to accommodated the defendants thorough review of
3  the agreement is appropriate.

   It is further agreed that the period from the time of the
filing of this stipulation until October 24, 2008, should be
excluded under the Speedy Trial Act, Title 18 U.S.C.
§ 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of
counsel and to allow reasonable time for effective representation.

   Accordingly, the parties respectfully request this Court to
adopt this proposed stipulation.

**IT IS SO STIPULATED**

/S/MICHAEL B. BIGELOW, Esq.,           September 16, 2008
Michael b. Bigelow
Attorney for Siew Yoke Ng


/S/ROBERT M. TWISS, Esq.,              September 16, 2008
Robert M. Twiss, Esq.,
Assistant United States Attorney

**ORDER**

**GOOD CAUSE APPEARING** and upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the trial confirmation hearing, presently scheduled for September 19, 2008 and the jury trial, presently scheduled for October 6, 2008 be vacated.

**It IS FURTHER ORDERED** that this matter be continued for change of plea on October 24, 2008 at 10:00 AM.

The Court finds time excluded in this matter from September 19, 2008, through October 24, 2008, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time for effective representation.

**IT IS SO ORDERED**

_____     September 16, 2008
Hon. EDWARD J. GARCIA, JR.
Senior U.S. District Court Judge

-3-