**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Siew Yoke Ng

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>SIEW YOKE NG<br><br>    Defendant | Case No. Cr.S-07-025 EJG<br><br>STIPULATION AND RESCHEDULING SENTENCING<br><br>Date:    February 27, 2009<br>Time:    10:00 AM<br>Court:   EJG |

It is hereby stipulate between the parties, by and through their respective counsel as follows to reschedule sentencing in the above referenced matter from January 9, 2009 to February 27, 2009.

-1-

**IT IS SO STIPULATED**

/S/MICHAEL B. BIGELOW, Esq.,                January 7, 2009
Michael b. Bigelow
Attorney for Siew Yoke Ng


/S/HEIKO COPPALA, Esq.,                     January 7, 2009
Heiko Coppola, Esq.,
Assistant United States Attorney

## ORDER

**IT IS HEREBY ORDERED** that the matter be rescheduled for sentencing on February 27, 2009.


/s/ Edward J. Garcia, January 7, 2009
Hon. EDWARD J. GARCIA, JR.
Senior U.S. District Court Judge