**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Siew Yoke Ng

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. Cr.S-07-025 EJG |
| Plaintiff, | ) STIPULATION AND RESCHEDULING |
| vs. | ) SENTENCING |
| | ) Date:   March 13, 2009 |
| SIEW YOKE NG | ) Time:   10:00 AM |
| | ) Court:  EJG |
| Defendant | ) |

It is hereby stipulate between the parties, by and through their respective counsel as follows to reschedule sentencing in the above referenced matter from February 27, 2009 to March 13, 2009.

-1-

**IT IS SO STIPULATED**

/S/MICHAEL B. BIGELOW, Esq.,                February 26, 2009
Michael b. Bigelow
Attorney for Siew Yoke Ng


/S/HEIKO COPPALA, Esq.,                     February 26, 2009
Heiko Coppola, Esq.,
Assistant United States Attorney


## ORDER

**IT IS HEREBY ORDERED** that the matter be rescheduled for sentencing on March 13, 2009


  /s/ Edward J. Garcia, Jr.                 February 26, 2009
_____
Hon. EDWARD J. GARCIA, JR.
Senior U.S. District Court Judge